IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30203
Summary Calendar

_____

ANTHONY JUNAK,

Petitioner-Appellant,

versus

BURL CAIN, Warden,
Louisiana State Penitentiary,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 99-CV-1954-M
--------------------
August 4, 2000

Before HIGGINBOTHAM, DAVIS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Anthony Junak, Louisiana prisoner # 99298, seeks a
certificate of appealability (COA) to appeal the dismissal of his
habeas corpus application as time-barred by the one-year statute
of limitations in 28 U.S.C. § 2244(d), as amended by the
Antiterrorism and Effective Death Penalty Act of 1996. The
district court determined that Junak's state application for
postconviction relief, which was filed in 1995 and dismissed, on
July 2, 1998, as untimely pursuant to Louisiana Code of Criminal
Procedure article 930.8, was not "properly filed" as that term is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

used in § 2244(d)(2), and thus, failed to toll the limitations period.

Subsequent to the district court's dismissal of Junak's § 2254 application, this court held that a state postconviction application, dismissed as untimely under article 930.8, was nevertheless "properly filed" for purposes of the tolling provision of § 2244(d)(2). Smith v. Ward, 209 F.3d 383, 385 (5th Cir. 2000). In light of Smith, Junak has established that jurists of reason would find it debatable whether the district court was correct in its procedural ruling and whether Junak has stated a facially valid constitutional claim. See Slack v. McDaniel, ___ U.S. ___, 120 S. Ct. 1595, 1604 (2000); Hall v. Cain, ___ F.3d ___ (5th Cir. July 12, 2000), 2000 WL 815463.

A COA is GRANTED, the district court's judgment of dismissal is VACATED, and the case is REMANDED to the district court for appropriate proceedings.

COA GRANTED; VACATED AND REMANDED.